**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANTHONY P. LANE**                                                                        **PLAINTIFF**

**VS.**                                            **4:06CV01266 WRW**

**ARKANSAS HOSPICE**                                                                     **DEFENDANT**

## JUDGMENT

Based on an Order entered this day granting Defendant Arkansas Hospice's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 18th day of March, 2008.


                                                                         /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE