# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY P. LANE**                                                            **PLAINTIFF**

**VS.**                                **4:06-CV-01266-WRW**

**ARKANSAS HOSPICE**                                        **DEFENDANT**

## ORDER

Plaintiff's Motion to Appoint Counsel and Set Aside Judgment (Doc. No. 42) is DENIED.

IT IS SO ORDERED this 1st day of August, 2008.

                                                           /s/ Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE